**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01300-CR

**CHARLES EDWARD SIELOFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief, received on March 3, 2015, is **ORDERED** filed as of the date of this order.

The State's motion to present oral argument is **GRANTED**, and counsel for the State is directed to appear at oral argument on April 15, 2015 at 9:00 a.m.

/s/ DAVID L. BRIDGES
   PRESIDING JUSTICE